AO 94 (Rev. 06/09) Commitment to Another District (NH 06/09)

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| United States | Case No. 20-mj-132-01-AJ |
| v. | |
| Ghislaine Maxwell | Charging District Case No. 20 CR 330 |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been charged by way of with a violation of , alleged to have been committed in the Southern District of New York.

Brief Description of Charge(s):

18 U.S.C. 371 CONSPIRACY TO ENTICE MINORS TO TRAVEL TO ENGAGE IN ILLEGAL SEX ACTS

18 U.S.C. 2422 and 2 ENTICEMENT OF A MINOR TO TRAVEL TO ENGAGE IN ILLEGAL SEX ACTS

18 U.S.C. 371 CONSPIRACY TO TRANSPORT MINORS WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

18 U.S.C. 2423(a) and 2 TRANSPORTATION OF A MINOR WITH INTENT TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY

PERJURY

CURRENT BOND STATUS:

- [ ] Bail fixed $_____ and conditions were not met.
- [ ] Government moved for detention and defendant detained after hearing in District of Arrest.
- [ ] Government moved for detention and defendant detained pending detention hearing in District of Offense.
- [ ] Other (specify):

REPRESENTATION: Lawrence Vogelman, Esq.

INTERPRETER REQUIRED: No

20-mj-132-01-AJ USA v. Maxwell

AO 94 (Rev. 06/09) Commitment to Another District (NH 06/09)

 

    The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

SO ORDERED.

                                                               */s/ Andrea K. Johnstone*
                                                               Andrea K. Johnstone
                                                               United States Magistrate Judge

July 2, 2020

| RETURN | | |
|---|---|---|
| THIS COMMITMENT WAS RECEIVED AND EXECUTED AS FOLLOWS: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |